**WOOD et al. v. UNITED STATES (two cases).**

Circuit Court of Appeals, Fifth Circuit.
March 3, 1928.

Nos. 5206, 5207.

Appeal from the District Court of the United States for the Northern District of Texas; James C. Wilson, Judge.

A. J. Baskin, of Fort Worth, Tex., for appellants.

Norman A. Dodge, U. S. Atty., and J. Forrest McCutcheon, Asst. U. S. Atty., both of Fort Worth, Tex.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The orders appealed from (26 F.[2d] 908) are affirmed.